IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01321-MSK-BNB

FLOYD'S 99 HOLDINGS, LLC, a Colorado limited liability company,

Plaintiff,

v.

SHAWN W. WOODRUM,

Defendant.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Modify Scheduling Order**
[docket no. 27, filed December 19, 2008] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as
follows:

The parties shall designate all experts and provide opposing
counsel with all information specified in Fed. R. Civ. P. 26(a)(2)
on or before **February 23, 2009**;

The parties shall designate all rebuttal experts and provide
opposing counsel with all information specified in Fed. R. Civ. P.
26(a)(2) on or before **March 11, 2009**;

Discovery Cut-off:                                          **March 20, 2009**.


DATED:  December 29, 2008