IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01321-MSK-BNB

FLOYD'S 99 HOLDINGS, LLC, a Colorado limited liability company,

Plaintiff,

v.

SHAWN W. WOODRUM,

Defendant.

---

## MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Plaintiff's Unopposed Motion to Modify Scheduling Order** [docket no. 36, filed March 18, 2009] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and discovery cut-off is extended to and including **April 2, 2009** solely for the purpose of taking the deposition of John Grove.


DATED:  March 19, 2009