IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-01321-MSK-BNB

FLOYD'S 99 HOLDINGS, LLC, a Colorado limited liability company,

      Plaintiff,

v.

SHAWN W. WOODRUM,

      Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the Stipulation for Dismissal With Prejudice **(#82)** filed April 29, 2010. The Court having read he Stipulation filed herein, and now being fully advised in the premises,

**IT IS ORDERED** that this action be and hereby is dismissed, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

DATED this 29th day of April, 2010.

                        **BY THE COURT:**

                        */s/ Marcia S. Krieger*

                        Marcia S. Krieger
                        United States District Judge